00–2119.   State v. Yarbrough.
Jefferson C.P. No. 99CR116. This case is pending before the court as an appeal from the Court of Common Pleas of Jefferson County. Upon consideration of appellant's motion for extension of time to transmit the record,

IT IS ORDERED by the court that the motion for extension of time to transmit the record be, and hereby is, granted, and the time for transmitting the record is extended to April 23, 2001. No further extensions will be granted.

*Friday, February 2, 2001*

## MOTION DOCKET

00–2339.   State v. Avery.
This cause is pending before the court as a discretionary appeal and claimed appeal as of right. On January 10, 2001, appellee filed a memo opposing motion for delayed appeal that was due, under S.Ct.Prac.R. XIV(4)(B), no later than January 8, 2001. Whereas S.Ct.Prac.R. XIV(1)(C) prohibits untimely filings,

IT IS ORDERED by the court, *sua sponte*, that the memo opposing motion for delayed appeal be, and hereby is, stricken.

01–61.   In re Petitions to Annex Approx. 83.70 and 151.163 Acres of Amboy Twp. Land.
Fulton App. No. F–00–008. This cause is pending before the court as a discretionary appeal. Upon consideration of appellants' motion for stay of the court of appeals' entry of November 30, 2000 and the August 5, 1999 resolutions and orders of the Fulton County Commissioners,

IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.

F.E. SWEENEY, J., dissents.

RESNICK, J., not participating.

## MISCELLANEOUS DISMISSALS

00–1922.   State ex rel. Spellman v. Indus. Comm.
Franklin App. No. 99AP–1276. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.